DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOUGLAS GREG DEL CAMPO, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00139 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON |
| v. | Date:  July 6, 2010 |
| DOUGLAS GREG DEL CAMPO, SR., | Time:  9:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, DOUGLAS GREG DEL CAMPO, SR., that the date for status conference in this matter may be continued to July 6, 2010, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is June 21, 2010.  The requested new date is July 6, 2010.**

The continuance is requested for continuity of counsel, as defense counsel will be out of the office on June 21, 2010.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: June 7, 2010         By /s/ Susan Phan
                            SUSAN PHAN
                            Assistant United States Attorney
                            Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: June 7, 2010         By /s/ Jeremy S. Kroger
                            JEREMY S. KROGER
                            Assistant Federal Defender
                            Attorney for Defendant
                            Douglas Greg del Campo, Sr.

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). Defendant must report to the U.S. Marshal Office for processing not later than the Status Conference hearing date of July 6, 2010.

IT IS SO ORDERED.

**Dated:   June 7, 2010**         /s/ Anthony W. Ishii
                                  CHIEF UNITED STATES DISTRICT JUDGE