DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOUGLAS DEL CAMPO SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00139 AWI |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON |
| v. | |
| DOUGLAS DEL CAMPO SR., | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, DOUGLAS DEL CAMPO SR., having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to Defendant of the requirement of his appearance at said time and place.

Defendant makes this request because he resides some three hours from the courthouse, in Sonora, CA, and is the sole caretaker for his terminally-ill wife. The time, distance and expense involved in traveling to Fresno for court appearances is therefore a financial and personal hardship on both him and

his wife, who is compelled to travel with him.  Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

Dated: 7/14/10                                    /s/ *Douglas Del Campo Sr.*
                                                                DOUGLAS DEL CAMPO SR.


Dated: 7/13/10                                    /s/ *Jeremy S. Kroger*
                                                                JEREMY S. KROGER
                                                                Assistant Federal Defender
                                                                Counsel for Defendant


**O R D E R**

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.  Defendant must appear at all substantive proceedings, including any potential substantive hearings, trial or change of plea.

IT IS SO ORDERED.

Dated:     July 23, 2010

                                                                CHIEF UNITED STATES DISTRICT JUDGE