DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DOUGLAS GREG DEL CAMPO, SR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:10-cr-00139 AWI |
| Plaintiff, ) | |
| v. ) | **AMENDED** STIPULATION TO CONTINUE CHANGE OF PLEA HEARING DATE; ORDER |
| DOUGLAS GREG DEL CAMPO, SR., ) | Date:  November 1, 2010 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SUSAN PHAN, Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, DOUGLAS GREG DEL CAMPO, SR., that the change of plea hearing in the above-referenced matter now set for October 4, 2010, may be continued to November 1, 2010, at 9:00 a.m.

The reason for this request is that Mr. Del Campo was informed Wednesday, September 28, 2010, that he had been hired to another job and is required to start work on October 4, 2010, the date of the hearing.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 30, 2010        By /s/ Susan Phan
                                 SUSAN PHAN
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: September 30, 2010        By /s/ Jeremy S. Kroger
                                 JEREMY S. KROGER
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Douglas Greg del Campo, Sr.


## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).


IT IS SO ORDERED.

Dated:   September 30, 2010                                   _____
                                                              CHIEF UNITED STATES DISTRICT JUDGE